IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMANDA ROESELER | : CIVIL ACTION |
| | : |
| v. | : |
| | : NO. 16-333 |
| CAROLYN W. COLVIN, ACTING | : |
| COMMISSIONER OF THE SOCIAL | : |
| SECURITY ADMINISTRATION | : |

## ORDER

**AND NOW**, this 17th day of May 2017, upon consideration of Plaintiff's Request for review (ECF Doc. No. 3), Defendant's Response (ECF Doc. No. 8), United States Magistrate Judge Elizabeth T. Hey's April 28, 2017 Report and Recommendation (ECF Doc. No. 13) with no objections (ECF Doc. No. 14), and upon review of Judge Hey's detailed findings the Administrative Law Judge's June 20, 2014 decision is not supported by substantial evidence and recommending we remand for further proceedings under sentence four of 42 U.S.C. § 405(g), it is **ORDERED**:

1. Judge Hey's April 28, 2017 Report and Recommendation (ECF Doc. No. 13) is **APPROVED** and **ADOPTED**;

2. Plaintiff's Request for Review (ECF Doc. No. 3) is **GRANTED** consistent with Judge Hey's April 28, 3017 Report and Recommendation and the guidance in *Illig v. Commissioner of Social Security*, 570 Fed.App'x 262, 266 & n.10;

3. We **reverse** the Administrative Law Judge's June 20, 2014 decision and **remand** consistent with Judge Hey's Report and Recommendation (ECF Doc. No. 13); and,

4. The Clerk of Court shall **close** this case.

KEARNEY, J.